614

390 A.2d 296

Commonwealth v. Mutzabaugh, Appellant.

Argued March 23, 1978. Wayne F. Shade, for appellant; Michael J. Eakin, Assistant District Attorney, with him Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.